```
 1
 2  Thomas P. Cartmell, 45366
 3  Thomas J. Preuss, 54923
    Christopher L. Schnieders 57725
 4  Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
 5  Kansas City, MO 64112
    Phone: 816-701-1100
 6  Facsimile: 816-531-2372
    Attorneys for Plaintiffs, Raymond Sutton
 7
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-0134<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Raymond Sutton,<br><br>            Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (RAYMOND SUTTON) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____

Attorneys for Plaintiff, Raymond Sutton

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   DATED: April 27, 2009         DLA PIPER US LLP

3
4   By: _____
         Michelle Sadowsky
5        Attorneys for Defendants

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9
10  Dated: APR 3 0 2009        _____
                                Hon. Charles R. Breyer
11                              United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/6190655v.1

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**